COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      James Jackson III v. The State of Texas

Appellate case number:    01-15-00330-CR

Trial court case number:  1359103

Trial court:              248th District Court of Harris County

A jury found appellant, James Jackson III, guilty of the felony offense of aggravated sexual assault and assessed punishment at confinement for sixty years. Appellant's appointed trial counsel filed a notice of appeal on appellant's behalf and a motion to withdraw, which the trial court granted. The trial court then found that appellant was indigent for the purpose of "employing appellate counsel and/or paying for a clerk's and reporter's record" and appointed Emily Detoto to represent appellant on appeal. On July 15, 2015, Emily Detoto filed in this Court a Docketing Statement on appellant's behalf. *See* TEX. R. APP. P. 32.2.

On September 16, 2015, Robert L. Sirianni, Jr., filed a "Notice of Appearance," stating that "[n]otice is hereby provided that Robert L. Sirianni, Jr., Esq. with The Law Office of Robert L. Sirianni, Jr. is designated as lead counsel for Appellant . . . ." The notice, however, is not signed by appellant or Emily Detoto. *See* TEX. R. APP. P. 6.1(c) (providing "new attorney and either the party or the former lead counsel must sign the notice" of new lead counsel). Accordingly, Emily Detoto remains as appellant's lead counsel, and we direct the Clerk of this Court to note Robert L. Sirianni, Jr.'s appearance as counsel for appellant on the docket of this Court. *See* TEX. R. APP. P. 6.2.

Robert L. Sirianni, Jr. has filed a motion for an extension of time to file a brief on appellant's behalf. The motion is **granted. Appellant's brief is due to be filed no later than 30 days from the date of this order.** *See* TEX. R. APP. P. 38.6(a), (d).

It is so ORDERED.

Judge's signature: /s/ <u>Terry Jennings</u>
                              ☒ Acting individually    ☐ Acting for the Court

Date:  September 29, 2015